## IN THE DISTRICT COURT OF THE UNITED STATES
### For the Western District of New York

_____

APRIL 2016 GRAND JURY
(Impaneled April 22, 2016)

**THE UNITED STATES OF AMERICA**          **INDICTMENT**

**-vs-**

**JEFFREY PATTON**

**Violations:**
Title 21, United States Code,
Sections 841(a)(1) and 856(a)(1);
Title 18, United States Code, Section 924(c)(1)(A)(i)

(3 Counts and Forfeiture Allegation)

### COUNT 1

**(Possession of Heroin with Intent to Distribute)**

**The Grand Jury Charges That:**

On or about February 21, 2016, in the Western District of New York, the defendant, **JEFFREY PATTON,** did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT 2

**(Use of Premises to Manufacture, Distribute and Use a Controlled Substance)**

**The Grand Jury Further Charges That:**

On or about February 21, 2016, in the Western District of New York, the defendant, **JEFFREY PATTON,** did knowingly, intentionally and unlawfully use and maintain a place,

that is, the premises at 1205 Jay Street, Apartment 4, Rochester, New York, for the purpose of manufacturing, distributing and using heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.**

## COUNT 3

### (Possession of Firearm in Furtherance of Drug Trafficking Crimes)

### The Grand Jury Further Charges That:

On or about February 21, 2016, in the Western District of New York, the defendant, **JEFFREY PATTON**, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Sections 841(a)(1) and 856(a)(1), as set forth in Counts 1 and 2 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly and unlawfully possess a firearm, namely, one (1) Femaru, P.MOD 37, Kal 7.65 (.32 caliber) semi-automatic handgun, bearing serial number 279900.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.**

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of any of the offenses alleged in this Indictment, the defendant, **JEFFREY PATTON**, shall forfeit to the United States, all of his right, title and interest in any firearms and ammunition involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest including, but not limited to:

a) one (1) Hi-Point, .380 caliber semi-automatic handgun, bearing serial number P8062181;

b) one (1) Femaru, P.MOD 37, Kal 7.65 (32 caliber) semi-automatic handgun, bearing serial number 279900; and

c) ammunition, namely, six (6) rounds of .380 caliber ammunition.

**All pursuant to the provisions of Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, May 31, 2016.

WILLIAM J. HOCHUL, JR.
United States Attorney

By: s/DOUGLAS E. GREGORY
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York  14614
(585) 263-6760, ext. 23938
Douglas.Gregory@usdoj.gov

A TRUE BILL:

s/FOREPERSON