IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                              16-CR-6051FPG

JEFFREY PATTON

      Defendant.

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, the government has fully reviewed the Pre-Sentence Investigation Report ("PSR") submitted by the United States Probation Department on or about February 27, 2017. The government has no objections to the Guidelines calculations contained therein. As the court is aware, the plea agreement was entered pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and called for an agreed upon sentence of 18 months. Accordingly, the government recommends a sentence of 18 months.

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

The defendant is required to pay a $100 special assessment pursuant to 18 U.S.C. §3013 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk. It is requested that the Court order that all financial obligations be due immediately. In the event the defendant lacks the ability to immediately pay the financial obligations in full, it is requested that the Court set a schedule for payment of the obligations.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

>Asset Forfeiture/Financial Litigation Unit
>U.S. Attorney's Office--WDNY
>138 Delaware Avenue
>Buffalo, New York 14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

Dated: February 28, 2017   JAMES P. KENNEDY, JR.
　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　Western District of New York

　　　　　　　　　　　　BY:　s/Douglas E. Gregory
　　　　　　　　　　　　　　DOUGLAS E. GREGORY
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　100 State Street, Room 500
　　　　　　　　　　　　　　Rochester, New York 14614
　　　　　　　　　　　　　　(585) 399-3938

TO:　Hon. Frank P. Geraci, Jr.
　　　Matthew Nafus, Esq.
　　　Sarah C. Whitcomb, USPO