IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | **STATEMENT OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS** |
| -vs- | |
| JEFFREY PATTON, | |
| Defendant. | Ind. No. 16-CR-6051 |

---

I, Matthew D. Nafus, an attorney assigned to this matter, affirm as follows:

1. I am an attorney admitted to practice law in the United States District Court for the Western District of New York and I am assigned to represent the defendant Jeffrey Patton in this action.

2. I am familiar with the facts and circumstances of this case by reason of my investigation of this matter, review of the discovery provided, conversations with my client and others, and representation of my client at court proceedings.

3. I make this statement in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors" as promulgated by the United States Sentencing Commission.

4. In accordance with those rules, I have reviewed with my client the Pre-Sentence Investigation Report ("PSR"), dated February 27, 2017. I have no objections to the PSR. My client waives his right to 35 days to review the PSR under Federal Rule of Criminal Procedure 32(e)(2).

5. I ask the Court to sentence Mr. Patton to the agreed upon sentence of 18 months' imprisonment. Such a sentence would be consistent with the goals of 18 USC §3553 and appropriate in this case considering Mr. Patton's conduct and history.

6. Mr. Patton requests that any fines be waived due to his lack of income. PSR §§ 76-79.

7. Based upon the foregoing, the Defendant Jeffrey Patton requests the Court impose an appropriate and just sentence.

Dated: March 7, 2017
       Scottsville, New York

                                              <u>/s/Matthew D. Nafus</u>
                                              Matthew D. Nafus, Esq.
                                              Attorney for Defendant Jeffrey Patton
                                              54 Main Street
                                              Scottsville, New York 14546
                                              Telephone: (585) 889-1180

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THE UNITED STATES OF AMERICA,

    -vs-

JEFFREY PATTON,

        Docket No.:  16-CR-6051

    Defendant.
_____

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2017, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Douglas Gregory, Esq., Assistant United States Attorney, at

    douglas.gregory@usdoj.gov


Dated: March 7, 2017

    /s/ Matthew D. Nafus
    Matthew D. Nafus, Esq.
    54 Main Street
    Scottsville, New York 14546
    Tel: (585) 889-1180
    Fax: (585) 889-1189
    Email:  mnafus@scottsvillelaw.com