UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                                                      ___ ___-__ ____-___ _____

_____,
                Defendant.

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on March 30, 2020, this Court finds:

_____That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

_____Video Teleconferencing

_____Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    _____The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    _____Other:

_____

_____

IT IS SO ORDERED.
Date:

                                                                          Frank P. Geraci, Jr., Chief USDJ