IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-   16-CR-6051 FPG

JEFFREY PATTON, 26764-03

Defendant



RECEIVED
2021 JUN 17 AM 7:13
USMS W-NY ROCHESTER

FILED JUN 25 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM (VIA VIDEO CONFERENCE)

THE PRESIDENT OF THE UNITED STATES

TO:   MONROE COUNTY JAIL, Rochester, New York

GREETINGS:

YOU ARE HEREBY COMMANDED to produce the body of JEFFREY PATTON now detained in the Monroe County Jail in Rochester, NY, before the Honorable Frank P. Geraci, Jr., United States Chief Judge, in and for the Western District of New York at the United States Courthouse in the City of Rochester, New York on June 17, 2021 at 4:00 PM via video conference for status on a supervised release violation.   Thereafter, said defendant is to be returned to his place of confinement.

WITNESS, the Clerk of the Court for the Western District of New York, at Rochester, New York, this 16 day of June, 2021.

MARSHALS RETURN
I HAVE PARTIALLY/FINALLY EXECUTED
THIS WICAT BY TAKING CUSTODY
OF THE WITHIN NAMED J. Patton
AT MCJ ON 06-16-2021
AND DELIVERING 4pm TO Rochester
Fed cart FOR FURTHER TRANSFER TO
MCJ
BY C. Salina
US MARSHAL
DUSM WDNY

MARY C. LOEWENGUTH, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK